IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM E. SMITH,

    Plaintiff,

vs.                                         Case No. 4:06cv313-RH/WCS

DUVAL COUNTY, FLORIDA, et al.,

    Defendants.

    _____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se,* has submitted a civil rights complaint, doc. 1, a motion in limine, doc. 2, and a motion for preliminary injunction, doc. 3. Plaintiff has not paid the filing fee nor filed a motion for *in forma pauperis* status.

All of the Defendants named in this case are located in Duval County, Florida. Moreover, Plaintiff asserts that all actions alleged occurred "entirely within Duval County, Florida." Doc. 1, p. 2. Because Duval County is located within the jurisdiction of the Middle District of Florida, as are each of the Defendants, the proper forum for this action pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 89(b) is in the United States District Court for the Middle District of Florida, Jacksonville Division.

A federal district court has the authority under 28 U.S.C. § 1406(a) to transfer a case to another district or division "in which it could have been brought." The issue of

defective venue may be raised *sua sponte*, and there is no need for a hearing prior to transferring this case.  Lipofsky v. New York State Workers Comp. Bd., 861 F.2d 1257, 1259 (11th Cir. 1988).

In light of the foregoing, and pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), the undersigned respectfully **RECOMMENDS** transfer of this action to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on July 18, 2006.


s/   William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**